# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-345-FDW-DCK

| | |
|---|---|
| **JAMES EDWARD SNYDER,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **KEYSTONE POWDERED METAL COMPANY,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Stephen Jenkins Bell, concerning J. Rutledge Young, III on July 14, 2020. J. Rutledge Young, III seeks to appear as counsel *pro hac vice* for Plaintiff James Edward Snyder. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. J. Rutledge Young, III is hereby admitted *pro hac vice* to represent Plaintiff James Edward Snyder.

Signed: July 14, 2020

David C. Keesler
United States Magistrate Judge