IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-345-FDW-DCK

| | |
|---|---|
| JAMES EDWARD SNYDER, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| KEYSTONE POWDERED METAL COMPANY, DIVERSIFIED OF THE CAROLINAS, INC., and DIVERSIFIED EQUIPMENT OF THE CAROLINAS, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 26) filed by Stephen Jenkins Bell, concerning Julie L. Moore, on May 7, 2021. Julie L. Moore seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 26) is **GRANTED**. Julie L. Moore is hereby admitted *pro hac vice* to represent Plaintiff.

Signed: May 7, 2021

David C. Keesler
United States Magistrate Judge