UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-00345-FDW-DCK

| | |
|---|---|
| JAMES EDWARD SNYDER,<br><br>Plaintiff,<br><br>vs.<br><br>KEYSTONE POWDERED METAL COMPANY,<br><br>Defendant.<br><br>_____<br><br>KEYSTONE POWDERED METAL COMPANY,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>DIVERSIFIED EQUIPMENT OF THE CAROLINAS, INC.,<br><br>Third-Party Defendant. | ORDER<br>and<br>NOTICE OF HEARING |

THIS MATTER is before the Court sua sponte as to the status in this case. The Case Management Order entered in this matter set a deadline of September 23, 2021, for the filing of dispositive motions and calendared this matter for trial on November 1, 2021. (Doc. No. 19). Given that no dispositive motions were filed by the deadline, this case is ripe for trial as scheduled. The parties shall file their jointly-prepared pretrial submissions in accordance with the provisions of the Case Management Order no later than October 27, 2021. The Court will conduct a pretrial conference immediately following docket call in this matter on November 1, 2021.

IT IS THEREFORE ORDERED the parties' jointly-prepared pretrial submissions shall be filed no later than October 27, 2021.

TAKE NOTICE that the Court will conduct a pretrial conference immediately following docket call in this matter on November 1, 2021, in Courtroom #5B of the Charles R. Jonas Building.

IT IS SO ORDERED.

Signed: October 12, 2021

Frank D. Whitney
United States District Judge